**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-09-029-7 |
| | § | |
| | § | |
| MARLON HARRELL | § | |

**O R D E R**

      Defendant Harrell filed an unopposed motion for continuance of the sentencing hearing

(Docket Entry No. 437).  The motion for continuance is GRANTED. The sentencing hearing is reset

to **June 29, 2011  at 9:00 a.m.**  Objections to the presentence report are due by June 10, 2011.


      SIGNED on April 14, 2011, at Houston, Texas.

                                 Lee H. Rosenthal
                           United States District Judge